STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
FAX: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FARISHTA QADAR, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>MERRICK GARLAND, U.S. Attorney General, *et al.*,<br><br>           Defendants. | C 4:21-cv-04310 HSG<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their undersigned attorneys, submit this joint status report regarding adjudication of Plaintiff's K visa from the United States Department of State ("DOS"). On November 16, 2021, Mr. Noorzai was interviewed at the U.S. Embassy in Islamabad. The visa application remains refused under INA Section 221(g) for administrative processing on 2/24/19, however, the consular officer will re-adjudicate the visa application as soon as possible.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 6, 2022, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. Plaintiffs reserve the right to place the case back on the Court's active docket at any time during the stay of proceedings. A stay of

proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.[1]

Dated:  November 22, 2021	Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated:  November 22, 2021

 /s/ Johnna Main Bailey
JOHNNA MAIN BAILEY *(Pro Hac Vice)*
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/22/2021

HAYWOOD S. GILLIAM, JR.
United States District Court Judge

---

[1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.