STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FARISHTA QADAR, et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND, U.S. Attorney General, *et al.*,<br><br>            Defendants. | C 4:21-cv-04310 HSG<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

    The parties, through their undersigned attorneys, submit this joint status report regarding adjudication of Plaintiff's K visa from the United States Department of State ("DOS"). The consular section requested plaintiff to complete a new medical examination. The examination is scheduled for July 13, 2022.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 27, 2022, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. Plaintiffs reserve the right to place the case back on the Court's active docket at any time during the stay of proceedings. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential

administrative resolution. In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: July 5, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: July 5, 2022

 */s/ Johnna Main Bailey*
JOHNNA MAIN BAILEY *(Pro Hac Vice)*
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/6/2022

HAYWOOD S. GILLIAM, JR.
United States District Court Judge